IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.   Case No.   4:14cr29-MW/CAS

EDGAR CARL DARLING, III,

    Defendant.
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 75.  While Defendant has filed no objections, this Court has considered Defendant's "Traverse."  ECF No. 76.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's traverse, as this Court's opinion.   The Clerk shall enter judgment stating, "The motion to vacate, set aside, or correct sentence, ECF No. 73, is **DENIED**.  A certificate of appealability is **DENIED**."   The Clerk shall close the file.

**SO ORDERED on December 21, 2016.**

                                                      **s/Mark E. Walker     **
                                                      **United States District Judge**